**DISMISS and Opinion Filed August 8, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00710-CV
No. 05-22-00711-CV

## IN RE ALEJANDRINA LOPEZ, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-21-11690 and DF-22-04960**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Smith

Relator Alejandrina Lopez petitions this Court for a writ of mandamus compelling the trial court to vacate her June 6, 2022 Order on Bill of Review and Motion for New Trial where the trial court granted a new trial and set aside a Final Decree of Divorce dated December 28, 2021.

By order dated July 27, 2022, we informed relator that her petition and appendix in these proceedings contained unredacted sensitive information, including the minors' names and birthdates, in violation of Texas Rule of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9. We struck relator's petition and appendix and granted relator leave to re-file a petition and appendix that complied with rule 9.9 on or

before August 3, 2022. We cautioned relator that a failure to re-file as permitted by our order might result in dismissal of this cause without further notice.

On August 1, 2022, relator filed her Amended Petition for Writ of Mandamus and Brief in Support Thereof, which included an attached Appendix (together, Amended Petition) in these proceedings. Relator, however, failed to redact all sensitive information as ordered by the Court; the Amended Petition still contains instances where sensitive information remains unredacted, including the minors' names.

Accordingly, because relator has not filed a petition and appendix that complies with Texas Rule of Appellate Procedure 9.9 as ordered by this Court, we **STRIKE** relator's Amended Petition and **DISMISS** these original proceedings. *See* TEX. R. APP. P. 42.3(c), 52.8(a).

/Craig Smith/
CRAIG SMITH
JUSTICE

220710F.P05